# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Sallie Charly

                              Plaintiff,

v.                                                    Case No.: 1:13−cv−05510
                                                      Honorable Virginia M. Kendall

Hilton Hotels Worldwide

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2013:

 MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 9/3/2013. This case is remanded back to State Court. Civil case terminated. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.